IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DWIGHT DAVID HARRISON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:16CV892 |
| v. | ) | 1:07CR199-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**RECOMMENDATION OF UNITED STATES MAGISTRATE**

This matter comes before the Court *sua sponte*. Petitioner filed this action expressing an interest in attacking the sentence or conviction he received in this Court. The Court treated Petitioner's filing (Docket Entry 23) as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. However, for pleadings failures, the Court entered an Order to allow Petitioner the opportunity to correct the defects in his § 2255 Motion. (Docket Entry 24.) Petitioner was forewarned that failure to comply with the Order would result in dismissal of this action. To date, Petitioner has failed to comply with the Order in that he has not filed a corrected motion on the proper § 2255 forms.

**IT IS HEREBY RECOMMENDED** that this action be dismissed without prejudice for Petitioner's failure to comply with the Court's prior Order.

This, the 25th day of August, 2016.

Joe L. Webster
United States Magistrate Judge